IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



## MINUTE SHEET EVIDENTIARY HEARING & PRETRIAL CONFERENCE

Date:   May 15, 2024                                    Court Time for MJSTAR:/JS10: 1/14

Judge:   **LESLIE A. GARDNER**                          Court Reporter:  Lisa Snyder

Courtroom Deputy:   Felicia Davis                       Law Clerk:

**Case Number:   1:23-cr-00010-LAG-TQL-1**

UNITED STATES OF AMERICA                                AUSA:  ELICIA HARGROVE

v.

CHRISTOPHER MCKINZIE ELLIS                              Counsel:  NICOLE WILLIAMS

Agents:/Experts in Attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

3:16   Case called.  Parties identified. Preliminary remarks by the Court.
       Discussion re:   Motion to Appoint New Counsel by Christopher McKinzie Ellis (Doc. 36).
       The Court made findings and **DENIED** motion.
       Discussion re:  MOTION to Suppress by Christopher McKinzie Ellis (Doc 33).
       Witness Tijah Williams testified.  Government's Exhibit 1 admitted.
       The Court made findings and **DENIED** motion.
       Jury Trial scheduled for June 17, 2024, and expected to last 2 days.
       Reviewed voir dire questions and trial logistics.
4:30   Concluded.